IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 10-30127-DRH |
| ) | |
| Plaintiff, ) | |
| ) | Title 18, United States Code, |
| vs. ) | Sections 922(g)(1) |
| ) | |
| EDMOND W. MALONE, ) | Title 28, United States Code, Section 2461(c). |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**FILED**
**JUL 2 1 2010**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

**COUNT 1**

**FELON IN POSSESSION OF A FIREARM**

On or about July 5, 2010, in St. Clair County, within the Southern District of Illinois,

**EDMOND W. MALONE,**

defendant herein, having been previously convicted of a felony – namely, Aggravated Battery, in violation of Illinois Compiled Statutes, Chapter 720, Section 12-4(a), in St. Clair County Case No. 09-CF-9, on or about August 25, 2009 – did knowingly possess, in and affecting commerce, a firearm – namely, a Glock, Model 17, 9 mm. semi-automatic pistol, serial no. MXV901; all in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE OF FIREARM**

Upon conviction of the offense alleged in this Indictment, defendant **EDMOND W. MALONE** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in this Indictment, including, but not

limited, to the following: a Glock, Model 17, 9 mm. semi-automatic pistol, serial no. MXV901, and any and all ammunition contained therein.

A TRUE BILL

_____
FOREPERSON

_____
STEPHEN B. CLARK
Assistant United States Attorney

_____
A. COURTNEY COX
United States Attorney

Recommended Bond: Detention