AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  10-30127-DRH |
| Edmond W. Malone | ) | |
| Defendant | ) | |

*RECEIVED UNITED STATES MARSHAL*
*2012 JUL 21 PM 3: 45*
*SOUTHERN DIST. ILLINOIS E. ST. LOUIS, IL*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Edmond W. Malone,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   Ct. 1   18 USC§922(g)(1)  Felon in possession of a firearm
           28 USC§2461(c)  Forfeiture provision

Date: 07/21/2010

*[signature]* Jennie McKlusse, Deputy Clerk
*Issuing officer's signature*

City and state:   East St. Louis, IL

Nancy Rosenstengel, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7-21-2010, and the person was arrested on *(date)* 1-21-2011
at *(city and state)* _____.

Date: 1-21-2011

*[signature]*
*Arresting officer's signature*

ERIC WATERHOUSE / D.E.O.
*Printed name and title*

**FILED**
FEB 17 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE