# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**EDMOND W. MALONE,**
**Defendant.**                                              No. 10 - CR - 30127 DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on defendant Edmond W. Malone's Motion to Continue trial, which is currently set for March 21, 2011 (Doc. 19). Defendant's counsel seeks a continuance of at least 30 days to continue plea negotiations. Defendant does not anticipate going to trial in this matter, and advises the Court that the Government has no objection to a continuance. There are no codefendants in this case. The Court being fully advised in the premises finds that Defendant needs additional time.

Every defendant facing criminal charges has a right to a trial by jury or to plead to those charges. If the Court were to deny a continuance despite ongoing plea negotiations, this could severely impact the outcome of the discussions, which would likely result in a miscarriage of justice. ***See* 18 U.S.C. § 3161(h)(7)(B)(i)**. The Court therefore finds that pursuant to **§ 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant

in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue (Doc. 19). The Court hereby **CONTINUES** the jury trial scheduled for Monday, March 21, 2011, at 9:00 a.m. to **Monday, April 25, 2011, at 9:00 a.m.** The time from the date the Motion to Continue was filed, March 10, 2011, until the date to which the trial is rescheduled, April 25, 2011, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 11th day of March, 2011.

David R. Herndon
2011.03.11
09:21:29 -06'00'

**Chief Judge**
**United States District Court**