# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

[ ] BENTON        [X] EAST ST. LOUIS        [ ] CONTESTED        [X] UNCONTESTED

## MINUTES OF DISPOSITION

U.S.A. v. **EDMOND W. MALONE**                    CRIMINAL NO. **10-CR-30127-001-DRH**

DEFT. COUNSEL: **MELISSA DAY**                    JUDGE: **CHIEF JUDGE DAVID R. HERNDON**

GOVT. COUNSEL: **STEPHEN CLARK**                  DATE **AUGUST 1, 2011**

REPORTER: **LAURA BLATZ**    DEPUTY: **SANDY PANNIER**    TIME: **2:45 PM - 3:30 PM**

__X__ COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL  NOT HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: **NO OBJECTIONS**

OFFENSE LEVEL: **17**    CRIMINAL HISTORY CATEGORY: **IV**
SENTENCE RANGE: **37-46 MONTHS**    FINE RANGE: **$5,000 - $50,000**
SUPERVISED RELEASE RANGE: **2-3 YEARS**

_____ CUSTODY OF ATTORNEY GENERAL     __X__ CUSTODY OF BUREAU OF PRISONS

**SENTENCE:**    **37 MONTHS**
__X__ UPON RELEASE FROM IMPRISONMENT, DEFENDANT PLACED ON **SUPERVISED RELEASE** FOR **3 YEARS**

CONDITIONS OF SUPERVISION:

[X] Within 72 hours of release from BOP, defendant to report to probation in district released.

[X] The defendant shall cooperate in the collection of DNA as directed by the probation officer.

[X] Defendant shall not commit any further crimes.

[X] Defendant shall not illegally possess any controlled substances.

[X] Defendant shall not possess firearm or other destructive device.

[X] Defendant shall submit within 15 days for drug urinalysis.

[X] Payments are due immediately, through the Clerk of the Court. The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.  Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be paid in equal monthly installments of $ 25.00   or 10% of defendant's monthly net monthly  income, whichever is greater,  over a period of  10  months, to commence 30 days  after release from imprisonment to a term of supervision.


[X] The defendant shall participate, as directed and approved by the probation officer, in

treatment for narcotic addiction, drug dependence or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility.  Any participation will require complete abstinence from all alcoholic beverages.  Defendant shall pay for the costs associated with substance abuse counseling and/or testing based on a co-pay sliding fee scale as directed and approved by the U. S. Probation Office.  Co-pay shall never exceed the total costs of counseling.

[ X ] Defendant shall provide the probation officer and the Financial Litigation Unit of the United States Attorney's Office with access to any requested financial information.

[ X ] The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments,  and/or any other anticipated or unexpected financial gains to the outstanding court-oriented financial obligations.  The defendant shall immediately notify the probation officer of the receipt of any indicated monies.

[X  ] The defendant shall submit his person, residence, real property, place of business, computer, or vehicle to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

[ X ] DEFENDANT SHALL PAY A FINE IN THE AMOUNT OF $ **250.00**   DUE IMMEDIATELY.

[  ]   INTEREST WAIVED            [  ]   INTEREST IMPOSED

[  ]  FINE TO BE PAID FROM PRISON EARNINGS, OR WHILE DEFENDANT IS ON SUPERVISED      RELEASE.

[X  ]  **SPECIAL ASSESSMENT** OF $ **100.00**      DUE IMMEDIATELY.

[] COURT FINDS DEFENDANT'S FINANCIAL CONDITION IS SUCH THAT HE IS UNABLE TO:

     [  ] PAY RESTITUTION, [  ] PAY A FINE, [ ] PAY COSTS OF INCARCERATION OR SUPERVISION

AND THEY ARE WAIVED.

[X  ]   DEFENDANT ADVISED OF RIGHT TO APPEAL WITHIN 14 DAYS

[  ]   RECOMMENDATION

[  ]  BOND: [  ] REVOKED   [ X] REMANDED   [  ] CONTINUED; DEFENDANT TO VOLUNTARILY    SURRENDER AS NOTIFIED BY USM TO DESIGNATED INSTITUTION;

     OR [  ] SURRENDER TO USM ON

[  ]  COUNT(S) _____ DISMISSED ON MOTION OF GOVERNMENT.

[ X ]    **DEFENDANT SHALL FORFEIT THE GLOCK MODEL 17,  9MM SEMI-AUTOMATIC PISTOL, BEARING SERIAL NUMBER MXV901, AND ANY AND ALL AMMUNITION INVOLVED IN THE INSTANT OFFENSE.**