IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Criminal No.   10-cr-30127-DRH-1 |
| | ) |
| EDMOND W. MALONE | ) |
| Defendant. | ) |
| | ) |

## ORDER

**WILLIAMS, Magistrate Judge:**

Defendant Edmond W. Malone is before the Court pursuant to a petition to revoke his supervised release authorized by the sentencing judge.  **See Doc. 69.**   The Government now seeks to temporarily detain defendant pending his appearance before a District Judge on the underlying petition.

Fed.R.Crim.P. 32.1(b)(1)(A) provides that the magistrate judge shall hold a preliminary hearing to determine whether there is probable cause to believe that a person violated a condition of his or her supervised release.   The person may waive the hearing.

If there has been a showing of probable cause, "The magistrate judge may release or detain the person under 18 U.S.C. §3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person." Fed.R.Crim.P. 32.1(a)(6).

On February 27, 2017, while represented by counsel, Defendant executed a written waiver of his right to have a preliminary hearing. The Court finds probable cause to believe that Defendant Malone committed the acts alleged, and that each of those acts was a violation of the terms of his supervised release.

Relative to the question of detention, the Court held a detention hearing pursuant to Rule

32.1(a)(6).  The Court finds that Edmond W. Malone did not meet his burden of proving that he is not a danger to the community.

**IT IS THEREFORE ORDERED** that Edmond W. Malone shall be detained pending determination of the pending petition to revoke his supervised release.

**IT IS FURTHER ORDERED** that: (1) defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; (2) defendant be afforded reasonable opportunity for private consultation with his counsel; and (3) on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**DATED:** February 27, 2017

*s/ Stephen C. Williams*
UNITED STATES MAGISTRATE JUDGE