# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EDMOND W. MALONE** | **JUDGMENT IN A CRIMINAL CASE**<br>(for **Revocation** of Probation or Supervised Release)<br><br>Case Number: **3:10-CR-30127-DRH-1**<br>USM Number: **08951-025**<br><br>**DANIEL G. CRONIN**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  <u>as listed below</u>  of the term of supervision.
☐ was found in violation of condition(s)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | The defendant committed another federal, state, or local crime. | 7/8/16 |

*Violations Continued on Page 2

   The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 3780

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
Belleville, Illinois

<u>March 30, 2017</u>
Date of Imposition of Judgment

*[signature]*
Signature of Judge
<u>David R. Herndon, U. S. District Judge</u>
Name and Title of Judge

Date Signed: *March 30 2017*

AO 245D (SDIL Rev. 03/15) Judgment in a Criminal Case for Revocation

Judgment Page 2 of 3

DEFENDANT: Edmond W. Malone
CASE NUMBER: 3:10-CR-30127-DRH-1

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Mandatory | The defendant failed to make monthly payments toward his financial obligations. | 7/2016 |
| Standard #11 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. | 6/10/16 |

DEFENDANT: Edmond W. Malone
CASE NUMBER: 3:10-CR-30127-DRH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 months, with no term of supervised release to follow. This term of imprisonment shall be served consecutively to any undischarged term of imprisonment in the state system.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

　　Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL