AO 245D (SDIL Rev. 03/15) Judgment in a Criminal Case for Revocation

Judgment Page 3 of 3

DEFENDANT: Edmond W. Malone
CASE NUMBER: 3:10-CR-30127-DRH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 months, with no term of supervised release to follow. This term of imprisonment shall be served consecutively to any undischarged term of imprisonment in the state system.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at _____ ☐ a.m. ☐ p.m. on
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 4/17/2017 to USP Marion

at Marion, Illinois, with a certified copy of this judgment

True, Warden
~~UNITED STATES MARSHAL~~

By _____, SCSS
DEPUTY UNITED STATES MARSHAL